PITTMAN *v.* THE STATE.

DUCKWORTH, Justice. The verdict is amply supported by the evidence; and no error of law appearing, the judgment denying a new trial must be *Affirmed. All the Justices concur.*

No. 14449. MARCH 11, 1943.

600

*Cecil D. Franklin* and *Forrest C. Oates Jr.*, for plaintiff in error. *T. Grady Head, attorney-general, Hal C. Hutchens, solicitor-general,* and *W. A. Foster Jr.,* contra.